RONALD A. COLQUITT, ESQ. CHTD.
Ronald A. Colquitt, Esq.
Nevada Bar No. 4953
724 S. 9th Street
Las Vegas, Nevada 89101
(P) 702.384.1000; (F) 702.543.2197
LasVegasLawOffice@gmail.com
*Attorney for Plaintiff*

and

HARPER LAW OFFICE
John Dean Harper, Esq.
Nevada Bar No. 5983
724 S. 9th Street
Las Vegas, Nevada 89101
(P) 702.974.1061; (F) 702.907.0615
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW JOSEPH CUPP,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BARON, individually, BARON BROTHERS NURSERY, INC., a California corporation, BARON BROTHERS, INC., a Delaware corporation, BARON BROTHERS PARTNERSHIP. L.P., a Delaware Limited Partnership, DOE INDIVIDUALS 1-100, inclusive, and ROE ENTITIES 1-100, inclusive,<br><br>Defendants. | Case No: 2:20-cv-00285-JAD-NJK<br><br>**STIPULATION AND ORDER TO ALLOW ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR TRANSFER VENUE**<br><br>ECF No. 12 |

COMES NOW, Plaintiff, MATTHEW CUPP, by and through his undersigned attorneys, RONALD A. COLQUITT, ESQ. and JOHN DEAN HARPER, ESQ., and Defendants, RICHARD BARON, BARON BROTHERS NURSERY, INC. and BARON BROTHERS, INC., by and through their undersigned attorney, BETSY C. JEFFERIS, ESQ., hereby stipulate and agree to extend the time period for Plaintiff to respond to Defendants' Motion to Dismiss or

Transfer Venue filed March 23, 2020 as follows:

    Plaintiff's Opposition shall be due April 16, 2020.

    Defendants' Reply shall be due April 30, 2020.

    This extension is intended to allow the parties an opportunity to adequately research and prepare for the argument of Defendants' Motion under the current restrictions imposed due to the COVID-19 outbreak.

    Dated this 3rd day of April, 2020.

Respectfully submitted,

| RONALD A. COLQUITT, ESQ. CHTD.<br>HARPER LAW OFFICE | WILSON, ELSER, MOSKOWITZ, EDELMAN &<br>DICKER LLP |
|---|---|
| *Ronald A. Colquitt, Esq.*<br>RONALD A. COLQUITT, ESQ.<br>Nevada Bar No. 4953<br>724 S. 9th Street<br>Las Vegas, NV 89101<br>(P) 702.384.1000<br>(F) 702.543.2197<br>LasVegasLawOffice@gmail.com<br><br>JOHN DEAN HARPER, ESQ.<br>Nevada Bar No. 5983<br>724 S. 9th Street<br>Las Vegas, NV 89101<br>(P) 702.974.1061<br>(F) 702.907.0615<br>jdhlegal@yahoo.com<br>Attorneys for Plaintiff | *Betsy C. Jefferis, Esq.*<br>BETSY C. JEFFERIS, ESQ.<br>Nevada Bar No. 12980<br>300 S. 4th Street<br>Las Vegas, NV 89101<br>(P) 702.727.1400<br>(F) 702.727.1401<br>Betsy.jefferis@wilsonelser.com<br>Attorneys for Defendants |

    IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

Dated: 4-6-2020