# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW JOSEPH CUPP,<br><br>    Plaintiff(s),<br><br>v.<br><br>RICHARD BARON, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-00285-JAD-NJK<br><br>**REPORT & RECOMMENDATION** |

On May 15, 2020, the Court issued a notice regarding intention to dismiss pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Docket No. 21. The notice warned "that this action [could] be dismissed without prejudice as to [Defendant Baron Brothers Partnership, L.P.] unless proof of service [was] filed with the clerk by 06/14/2020." *Id.* at 1. Plaintiff has filed no proof of service as to Defendant Baron Brothers Partnership, L.P. *See* Docket.

Accordingly, the Court **RECOMMENDS** that this action be **DISMISSED** without prejudice as to Defendant Baron Brothers Partnership, L.P.

IT IS SO ORDERED.

Dated: July 28, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1

## **NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).