# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Matthew Joseph Cupp,

Plaintiff

v.

Richard Baron, et al.,

Defendant

Case No. 2:20-cv-00285-JAD-NJK

**Order Adopting Report and Recommendation and Dismissing Claims against Baron Brothers Partnership, L.P.**

[ECF No. 27]

Magistrate Judge Nancy J. Koppe recommends that plaintiff's claims against the Baron Brothers Partnership, L.P. be dismissed because plaintiff failed to file proof that this partnership defendant has been served with process.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 27] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT **the claims against Defendant Baron Brothers Partnership, L.P. are DISMISSED.** The Clerk of Court is directed to terminate this party from this action.

Dated: August 13, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 27.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).